THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID PIEPENBURG, Appellant. [852 NYS2d 871]—

Present—Hurlbutt, J.P., Martoche, Lunn, Green and Gorski, JJ.